UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION



FILED

JAN 2 4 2008

CLERK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-30006-01 |
| Plaintiff, | **INDICTMENT** |
| v. | 18 U.S.C. §§ 1153, 113(a)(6) |
| MATTHEW DAVID STYMIEST, | ASSAULT RESULTING IN SERIOUS |
| Defendant. | BODILY INJURY |

---

The Grand Jury charges:

On or about the 18th day of November, 2007, in Todd County, in Indian Country, in the District of South Dakota, Matthew David Stymiest, an Indian, did unlawfully assault Juan Hernandez, and said assault resulted in serious bodily injury, in violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

_Peggy Henafin_
Foreman

MARTY J. JACKLEY
United States Attorney

By _Robert A. Mandel_