UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-30006-CBK |
| Plaintiff, | |
| vs. | MOTION TO DISMISS INDICTMENT |
| MATTHEW DAVID STYMIEST, | |
| Defendant. | |

_____

Comes now Defendant Matthew David Stymiest, by and through his attorney, Assistant Federal Public Defender Edward G. Albright, and moves the Court for its Order pursuant to Fed. R. Crim. P. 12(b)(3)(B), dismissing the Indictment filed against him on the grounds that the federal government does not have jurisdiction to prosecute Defendant because he is not an Indian.

Defendant is charged with Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. § 1153 and 113(a)(6). As charged in the Indictment, 18 U.S.C. § 1153 requires the Defendant to be an Indian as a necessary element of the offense. The Defendant asserts that he is not an Indian under the analysis set forth in *St. Cloud v. United States*, 702 F. Supp. 1465 (D.S.D. 1988), and therefore, this Court lacks federal subject matter criminal jurisdiction and the Indictment must be dismissed.

Defendant requests an evidentiary hearing for the development of the factual record in support of this motion. Defendant has filed a contemporaneous Memorandum of Law in Support

of Motion to Dismiss Indictment , which is incorporated herein by this reference.

WHEREFORE, Defendant requests that this Court dismiss the Indictment.

Dated this 23rd day of April, 2008.

    Respectfully submitted,

    JEFFREY L. VIKEN
    Federal Public Defender
    By:

    */s/ Edward G. Albright*
    _____
    Edward G. Albright, Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    District of South Dakota and North Dakota
    124 S. Euclid, Suite 202
    Pierre, SD 57501
    Telephone: 605-224-0009 Facsimile: 605-224-0010
    Filinguser_SDND@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2008, a true and correct copy of the Motion to Dismiss Indictment and Memorandum in Support were served upon the following person, by placing the same in the service indicated, as follows:

| | | |
|---|---|---|
| Randy Seiler | [ ] | U.S. Mail |
| Assistant U.S. Attorney | [ ] | Hand Delivery |
| 225 S. Pierre Street, #337 | [ ] | Facsimile |
| Pierre, SD 57501 | [x] | Electronic Case Filing |

    */s/ Edward G. Albright*
    _____
    Edward G. Albright, Assistant Federal Public Defender